**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ROBERT BOSCH GMBH , ) | |
| ) | |
|    Plaintiff and Counterclaim Defendant, ) | Case No.: 2:16-cv-13511-SFC-EAS |
| ) | |
|    vs. ) | Honorable Sean F. Cox |
| ) | |
| MANDO CORPORATION and ) | Magistrate Judge Elizabeth A. Stafford |
| MANDO AMERICA ) | |
| CORPORATION, ) | |
| ) | |
|    Defendants and ) | |
|    Counterclaim Plaintiffs. ) | |
| ) | |

**STIPULATION OF DISMISSAL**

Plaintiff and Counterclaim Defendant Robert Bosch GMBH ("BOSCH") and Defendants and Counterclaim Plaintiffs Mando Corporation and Mando America Corporation (collectively "MANDO") have reached an agreement to settle their differences relating to the above-captioned matter. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), BOSCH and MANDO, through their respective attorneys, hereby stipulate and agree to the dismissal with prejudice of all claims and counterclaims in this action, each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Jeffrey S. Ginsberg* | */s/ William E. Devitt* |
| J. Michael Huget | Louis P. Gabel |
| **HONIGMAN MILLER SCHEARTZ AND COHN LLP** | **JONES DAY** |
| 2290 First National Building | 150 West Jefferson, Suite 2100 |
| 660 Woodward Avenue | Detroit, MI 48226-4438 |
| Detroit, MI 48226-3506 | Tel: (313) 230-7955 |
| Tel: (313) 465-7000 | |

1

| | |
|---|---|
| Jeffrey S. Ginsberg<br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 336-2000 | William E. Devitt<br>**JONES DAY**<br>77 West Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 782-939 |
| Counsel for Plaintiff and Counterclaim Defendant | Counsel for Defendants and Counterclaim Plaintiffs |
| Date: June 23, 2017 | Date: June 23, 2017 |

**SO ORDERED**

Dated: June 26, 2017

s/Sean F. Cox
Honorable Sean F. Cox
United States District Court Judge